IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA,

    Plaintiff,

v.

CRICKET WIRELESS LLC,

    Defendant.

No. C 15-02471 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY BARBARA FRANKLAND**

The *pro hac vice* application of Attorney Barbara Frankland (Dkt. No. 12) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: June 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE