Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Flor Barraza                                )
                                            )   Case No: 15-02471 WHA
                        Plaintiff(s),       )
                                            )   **APPLICATION FOR**
        v.                                  )   **ADMISSION OF ATTORNEY**
                                            )   **PRO HAC VICE**
Cricket Wireless LLC, et al.                )   (CIVIL LOCAL RULE 11-3)
                                            )
                        Defendant(s).       )
                                            )

I, Rex Sharp , an active member in good standing of the bar of The Kansas Supreme Court , hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Keith Robinson , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 5301 W. 75th Street<br>Prairie Village, KS | 6320 Canago Avenue, Ste. 1500<br>Woodland Hills, CA 91367 |
| MY TELEPHONE # OF RECORD:<br>(913) 901-0505 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(310) 849-3135 |
| MY EMAIL ADDRESS OF RECORD:<br>rsharp@midwest-law.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>keith.robinson@karlawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 12350 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/18/15

                                            Rex Sharp
                                        _____
                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Rex Sharp is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2015.

                                        _____
                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE