Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA, an individual, on behalf of herself and others similarly situated,

     Plaintiff(s),

v.

CRICKET WIRELESS, LLC, AT&T INC. and LEAP WIRELESS INTERNATIONAL, INC.

     Defendant(s).

Case No: 3:15-cv-02471- WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, A. Scott Waddell, an active member in good standing of the bar of The Supreme Court of Missouri, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PLAINTIFF, FLOR BARRAZA in the above-entitled action. My local co-counsel in this case is KEITH A. ROBINSON, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2029 Wyandotte, Ste. 100<br>Kansas City, MO 64108 | 6320 Canoga Avenue, Suite 1500<br>Woodland Hills, CA 91367 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (816) 221-2555 | (310) 849-3135 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Scott@aswlawfirm.com | keith.robinson@karlawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 53900.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/18/15

                A. Scott Waddell
                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of A. Scott Waddell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 18, 2015.

                UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                October 2012