**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOR BARRAZA, an individual, on behalf of herself and others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>CRICKET WIRELESS, LLC, AT&T INC. and LEAP WIRELESS INTERNATIONAL, INC. and DOES 1 to 1000, inclusive,<br><br>Defendant(s). | Case No: 3:15-cv-02471-WHA<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Archis A. Parasharami, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants Cricket Wireless, LLC, AT&T Inc. and Leap Wireless International, Inc. in the above-entitled action. My local co-counsel in this case is Raymond P. Bolaños, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Mayer Brown LLP<br>1999 K Street NW<br>Washington, DC 20006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>AT&T Services, Inc. Legal Dept.<br>525 Market Street, 20th Floor<br>San Francisco, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 263-3328 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 778-1357 |
| MY EMAIL ADDRESS OF RECORD:<br>aparasharami@mayerbrown.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>rb2659@att.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 477493.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: June 18, 2015             /s/ Archis Parasharami
                                 APPLICANT, ARCHIS PARASHARAMI

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Archis Parasharami is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 19, 2015.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          October 2012
716566128

American LegalNet, Inc.
www.FormsWorkFlow.com