IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants. | No. C 15-02471 WHA<br><br>**ORDER DENYING STIPULATION TO STAY DISCOVERY PENDING RULING ON MOTION TO COMPEL ARBITRATION** |

The parties have filed a stipulation seeking to stay discovery, continue the case management conference, extend the deadlines for opposition and reply briefs relating to the pending motion to compel arbitration by over five weeks, and continue the hearing date for same by three weeks. The parties offered no justification for such a massive extension. The parties' stipulated request is hereby **DENIED**. This denial is without prejudice to a request for a reasonable extension supported by good cause. All deadlines and hearing dates remain in place.

**IT IS SO ORDERED.**

Dated: August 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE