**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA and NIKOLE HENSON, individually and on behalf of others similarly situated,

    Plaintiffs,

  v.

CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,

    Defendants.

No. C 15-02471 WHA

**ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST FOR AN EXTENSION**

In plaintiffs' response to defendants' administrative motion, plaintiffs explained that the parties agreed to an extension of deadlines on the briefing on defendants' pending motion to compel arbitration in order to allow some discovery (by agreement or by motion) before plaintiffs must file their response. Good cause shown, the deadlines shall be **EXTENDED** as follows: Plaintiffs' opposition brief will be due **OCTOBER 5**, defendants' reply brief will be due **OCTOBER 16**, and the hearing on the motion to compel arbitration will be continued to **OCTOBER 29 AT 8:00 A.M**. The case management conference currently scheduled for September 24 is **CONTINUED** to **OCTOBER 29 AT 8:00 A.M.** All other deadlines remain in place.

The Court's ruling on the request for a stay is forthcoming. The parties are warned that they will not be permitted to rely on this extension as the basis for future extensions, and the Court expects plaintiffs' opposition to be of a quality and thoroughness that reflects the extra time granted.

**IT IS SO ORDERED.**

Dated:   August 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE