IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants. | No. C 15-02471 WHA<br><br>**ORDER DENYING MOTION TO STAY DISCOVERY PENDING RESOLUTION OF DEFENDANTS' MOTION TO COMPEL ARBITRATION** |

Defendants' motion to stay discovery and other pre-trial matters pending resolution of their motion to compel arbitration is **DENIED**. Even if the Court ultimately compels arbitration, the initial disclosures and early discovery will still be useful in the arbitration proceedings.

**IT IS SO ORDERED.**

Dated: August 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE