IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA, and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,

Defendants.

No. C 15-02471 WHA

**AMENDED ORDER SETTING HEARING RE PLAINTIFFS' DISCOVERY DISPUTE**

Plaintiffs have filed a discovery letter seeking an order compelling defendants to respond to plaintiffs' discovery requests, which include discovery in connection with defendants' pending motion to compel arbitration (Dkt. No. 46). The Court hereby **SETS** a two-hour meet-and-confer in the Court's jury room starting at **10:00 A.M. AND CONTINUING TO 12:00 P.M. ON FRIDAY, SEPTEMBER 18**. The Court will hear any remaining discovery issues. By **SEPTEMBER 15 AT NOON**, defendants shall file a response **NOT TO EXCEED FOUR PAGES**.

Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room may argue in the hearing.

**IT IS SO ORDERED.**

Dated: September 11, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE