IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,

Defendants.

No. C 15-02471 WHA

**ORDER RE STIPULATION TO FILE CORRECTED AMENDED COMPLAINT**

The parties have filed a stipulation requesting leave to file a corrected amended complaint, which corrects a typographical error regarding the putative class period (Dkt. No. 52). Good cause shown, the request is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE