IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS LLC and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants. | No. C 15-02471 WHA<br><br><br><br><br><br><br>**NOTICE RE SUMMARY TRIAL** |

A prior order scheduled a summary trial for **DECEMBER 15**. Plaintiffs have demanded a jury in this matter. In light of the expense and administrative burden of calling in a sufficient number of potential jurors, the Court requests that counsel and their clients give consideration to waiving a jury for the summary trial. Of course, if plaintiffs do not waive their jury demand or if defendants do not consent to such waiver, a jury will be provided.

Both sides shall please inform the Court *in writing* of their positions vis-a-vis the need for a jury by **DECEMBER 1 AT 4:00 P.M.**

Dated: November 18, 2015.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE