IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS, LLC, and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants. | No. C 15-02471 WHA<br><br><br><br><br><br>**REQUEST FOR INFORMATION** |

The parties have filed a joint stipulation informing the Court that they have reached an individual resolution of this case and they seek a thirty-day continuance of the summary trial and all related deadlines. By **NOON ON DECEMBER 4**, the parties shall please specify how close they are to reaching a final agreement and why they cannot reach an agreement by the time of the pretrial conference on **DECEMBER 9**.

Dated: December 3, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE