United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FLOR BARRAZA and NIKOLE
HENSON, individuals, on behalf of
themselves and others similarly situated,

No. C 15-02471 WHA

       Plaintiffs,

  v.

CRICKET WIRELESS, LLC, and LEAP
WIRELESS INTERNATIONAL, INC.,

**ORDER CONTINUING
SUMMARY JURY TRIAL**

       Defendants.

_____/

     The parties have filed a joint stipulation informing the Court that they have reached an individual resolution of this case and requesting a continuance of the pretrial conference scheduled for **DECEMBER 9**, the summary trial scheduled for **DECEMBER 15**, and all related deadlines. The summary trial and related dates shall be continued as follows. The pretrial conference is scheduled for **JANUARY 6 AT 2:00 P.M.** and the trial shall begin on **JANUARY 11 AT 7:30 A.M.** The deadline for pretrial filings is continued accordingly.

     In lieu of the pretrial conference, the parties shall appear for a further case management conference on **DECEMBER 9 AT 2:00 P.M.**

     **IT IS SO ORDERED.**

Dated:  December 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28