**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS LLC and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants. | No. C 15-02471 WHA<br><br>**REQUEST FOR PARTIES TO BRING RULE 68 OFFER AND NOTICE OF ACCEPTANCE TO HEARING** |

The parties have represented that named plaintiffs have accepted defendants' offer of judgment pursuant to Rule 68. The parties have not yet filed the offer or notice of acceptance of that offer and aver that they are working to resolve issues relating to attorney's fees. The parties should please bring a copy of the offer and notice of acceptance to the case management conference tomorrow.

Dated: December 8, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE