IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CRICKET WIRELESS LLC and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>Defendants.<br>_____ / | No. C 15-02471 WHA<br><br><br><br><br><br><br>**ORDER MOVING HEARING** |

The hearing in this matter currently scheduled for **DECEMBER 9 AT 2:00 P.M.** is hereby **RESCHEDULED** to **DECEMBER 9 AT 1:00 P.M.**

**IT IS SO ORDERED.**

Dated: December 8, 2015.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE