IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR BARRAZA and NIKOLE HENSON, individuals, on behalf of themselves and others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CRICKET WIRELESS LLC and LEAP WIRELESS INTERNATIONAL, INC.,<br><br>  Defendants. | No. C 15-02471 WHA<br><br><br><br><br><br>**ORDER RE EXTENSION** |

The parties have filed a stipulation requesting the Court to vacate its order setting forth the procedure for resolving any disputes regarding attorney's fees (Dkt. No. 104). That order also required the parties to file the Rule 68 offer and acceptance today. The parties represent that they have reached an agreement as to attorney's fees, and expect to file a stipulated request for dismissal by **DECEMBER 23, 2015**. They also represent that if they are required to file the Rule 68 offer and notice of acceptance now, efforts to finalize their agreement would be frustrated. The parties' request to vacate the deadlines regarding attorney's fees is **DENIED**. The parties shall have until **DECEMBER 28, 2015** to file the Rule 68 offer and acceptance. To be clear, all other deadlines remain in place.

**IT IS SO ORDERED.**

Dated:   December 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE